FILED

08/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0312

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0312

LARRY REINLASODER,

    Appellant and Plaintiff,

    vs.

CITY OF COLSTRIP, Mayor John
Williams, STATE OF MONTANA,
Judicial Branch, Court Administrator,
Does I - V.

    Appellees and Defendants.

## GRANT OF EXTENSION

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including September 17, 2020m within which to prepare, serve, and file his Opening Brief.

Dated this \_\_\_\_\_ day of August, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 14 2020